(No. 75-CC-251—

LINCOLN TRANSFER COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed November 6, 1974.*

LINCOLN TRANSFER COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-270—

GROVE PRESS, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 6, 1974.*

GROVE PRESS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.